UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **KENNETH LEGE** | **CIVIL ACTION 07-1694** |
| **VERSUS** | **JUDGE DOHERTY** |
| **WAL-MART LOUISIANA, LLC, BAYER CORP.** | **MAGISTRATE JUDGE METHVIN** |

## *JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Bayer Corporation's Motion to Dismiss Non-LPLA Claims Pursuant to Federal Rule of Civil Procedure 12(b)(6) (rec. doc. 43) is GRANTED and that Judgment be entered dismissing all non-LPLA claims made by plaintiff against Bayer Corporation.

Lafayette, Louisiana this 1 day of March, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT

COPY SENT
DATE 3/3/09
BY
TO