RECEIVED
DEC 30 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **KENNETH LEGE** | **CIVIL ACTION NO. 07-01694** |
| **VERSUS** | **JUDGE DOHERTY** |
| **WAL-MART LOUISIANA LLC, BAYER CORP.** | **MAGISTRATE JUDGE METHVIN** |

*JUDGMENT*

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of objection, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Reopen This Matter and Reinstate All Claims for Failure to Finalize the Settlement Agreement (rec. doc. 69) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants Bayer Corporation and Wal-Mart Louisiana, L.L.C.'s Motion to Enforce Settlement Agreement (rec. doc. 70) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff execute the required settlement documents with 5 days of the date of signing of this Judgment.

Signed in Lafayette, Louisiana, this 30 day of December, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 12-30-09
BY CD
TO via fax: Townsley
Peirce
Swift
Clinch